July 27, 2015

(66,553-11)

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 29 2015

Abel Acosta, Clerk

MR. FRANKLIN JONES
#1224452/Scott Unit (RV)
10999 Retrieve Road
Angleton, Texas 77515

RE: Applicant's Motion To Compell

Dear Mr. Acosta,

First things first, Greeting Sir. Secondly, this is to Knowledge that I am in receipt of your cordespondence that was dated July 14, 2014, my writ and attachment.

Third, please find enclosed Applicant's Motion To Compell. Please bring said motion to the Court Attention at your earliest convenience.

Cordially,

Franklin Jones

FRANKLIN JONES
#1224452/Scott Unit

## IN THE COURT OF CRIMINAL APPEALS

## AUSTIN TEXAS

Ex Parte                                §
                                        §
                                        §
Franklin Jones                          §        Cause No. <u>977894-G</u>


## APPLICANT'S MOTION TO COMPELL

TO THE HONORABLE JUDGES OF SAID COURT:

Franklin C. Jones, applicant pro se, moves to this Court for an order compelling Judge Susan Brown to comply with article 11.07 Sec. 3 (c) of the Texas Code of Criminal Procedure by immediately transmitting to the Court of Criminal Appeals a copy of applicant's Habeas Corpus any answers filed and a certificate reciting the date upon which such finding was made. In support thereof applicant would respectfully show the Court the following:

1.) Applicant filed an application for Writ of Habeas Corpus alleging, inter-alia, actual innocence due to newly discovered evidence. Said writ was filed with the Court on June 8, 2015.

2.) On June 23, 2015, the State filed their original answer The trial court has yet to response to the Writ of Habeas Corpus. It has been well over 45 days and Judge Susan Brown refusal to give her response to the Writ of Habeas Corpus and all attachments.

3.) Judge Susan Brown has violated her "administrial duty" to administer the laws equally and fairly. (i.e. she is not being a fair nor impartial (Tribunal).

Judge Susan Brown has a ministerial duty to comply with the order(s) of the Texas Court of Criminal Appeals and the higher Courts.

WHEREFORE, the applicant request this Honorable Court to enter an order compelling Judge Susan Brown (District Court 185th) to file the applicant's Writ of Habeas Corpus, Memorandum of Law and all his exhibits to the Court of Criminal Appeals. In the alternative, applicant moves that the Court would request an evidentiary hearing in an effort to resolve the dispute. See Ex parte Torres, 943 S.W. 2d 469, 475 (Tex. Crim. App. 1997); Ex parte Brown, 158 S.W. 3d 449, 460-61 (Tex. Crim. App. 2005).

Respectfully Submitted,

*Franklin Carl Jones*

Franklin Carl Jones
#1224452/Wayne Scott Unit
6999 Retrieve Rd.
Angleton, Texas 77515

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Motion to Compell was served by U.S. Mail, postage prepaid, on Judge Susan Brown for Harris County, Texas, on July 27, 2015.

*Franklin Carl Jones*

Franklin Carl Jones

(2 of 2)